UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :

JOHN-MICHAEL TAMBURRO,                      :

                             Petitioner,       :                      26-CV-2514 (JMF)

                                              :

       and                       :                       ORDER

                                              :

                                              :

CAR WASH ADVISORY LLC,                 :

                                            :

                             Respondent.     :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On March 26, 2026, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which he intends to support his petition to confirm by **April 20, 2026**. Respondent's opposition, if any, is due on **May 11, 2026**. Petitioner's reply, if any, is due **May 18, 2026.**

      Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **April 20, 2026**, and shall file an affidavit of such service with the court no later than **April 21, 2026.**

      SO ORDERED.

Dated: March 30, 2026
      New York, New York                           _____
                                          JESSE M. FURMAN
                                      United States District Judge