## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN-MICHAEL TAMBURRO,<br><br>　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>CAR WASH ADVISORY, LLC,<br><br>　　　　　　　　Respondent. | §<br>§<br>§<br>§<br>§<br>§　Case No. 1:26-cv-02514 JMF<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF CROSS-MOTION TO VACATE THE ARBITARTION AWARD

TO:　Miguel A. Lopez
　　　Littler Mendelson, PC
　　　900 Third Avenue
　　　New York, NY 10022
　　　MALopez@littler.com
　　　*Attorneys for Petitioner*

PLEASE TAKE NOTICE that Respondent Car Wash Advisory, LLC, by and through the undersigned counsel, will move this Honorable Court, at a date and time to be determined by the Court for an Order Granting Respondent's Cross-Motion to Vacate the Arbitration Award.

In support of this Cross-Motion, Respondent relies upon the Memorandum of Law in Opposition to Petitioner's Motion to Confirm the Arbitration Award and in Support of its Cross-Motion to Vacate or Remand the Arbitration Award, as supported by the Declaration of Vanessa M. Kelly and any exhibits therein.

287784171.v1

Respectfully submitted,

Date: May 11, 2026                              CLARK HILL PLC

/s/

Vanessa M. Kelly, Esq. (No. 2248995)
1180 Avenue of the Americas, Ste. 1910
New York, NY  10036

# # # # #

510 Carnegie Center, Ste. 101
Princeton, NJ  0854
Tel: 609-785-2926
Email: vkelly@clarkhill.com

*Attorneys for Respondent*


Given that Respondent has filed a cross-motion to vacate the arbitration award, the briefing schedule is hereby AMENDED as follows:

- Petitioner shall file a joint reply and opposition no later than **May 25, 2026.**
- Respondent shall file a reply, if any, to Petitioner's opposition to the motion to vacate the arbitration award no later than **June 1, 2026.**

SO ORDERED.

May 12, 2026

2

## CERTIFICATE OF SERVICE

I, Vanessa M. Kelly, hereby certify that on May 11, 2026, a copy of the foregoing document

was electronically filed and served upon the following:

Miguel A. Lopez
Littler Mendelson, PC
900 Third Avenue
New York, NY 10022
MALopez@littler.com

_____
Vanessa M. Kelly