**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

JOHN-MICHAEL TAMBURRO,

Petitioner,

-against-

CAR WASH ADVISORY, LLC,

Respondent.

-------------------------------------------------------------X

26 **CIVIL** 2514 (JMF)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 24, 2026, CWA's cross-motion to vacate or remand the Award is DENIED as untimely, and Tamburro's motion to confirm the Award is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

July 28, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**