**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN-MICHAEL TAMBURRO,
Petitioner,

26-CV-2514 (JMF)

-v-

**CORRECTED JUDGMENT**

CAR WASH ADVISORY, LLC,
Respondent.

---

**CORRECTED JUDGMENT**

Upon consideration of Petitioner's unopposed Motion to Correct Judgment Under Federal Rule of Civil Procedure 60(a), or Alternatively to Alter or Amend Judgment Under Rule 59(e), and for the reasons stated in the Court's Memorandum Opinion and Order dated July 24, 2026, it is hereby **ORDERED, ADJUDGED, AND DECREED**:

1. Respondent Car Wash Advisory, LLC's cross-motion to vacate or remand the December 19, 2025 Final Award is DENIED as untimely, and Petitioner John-Michael Tamburro's motion to confirm the Final Award is GRANTED.

2. Judgment is entered in favor of Petitioner John-Michael Tamburro and against Respondent Car Wash Advisory, LLC in the amount of $492,693.72 as of July 28, 2026. That amount consists of: (a) $431,300.00 in principal; (b) $61,043.72 in prejudgment interest at nine percent per annum from December 31, 2024 through July 28, 2026; and (c) $350.00 in arbitration-cost reimbursement.

3. Post-judgment interest shall accrue on the unpaid judgment balance from July 28, 2026 until payment at 4.10% per annum pursuant to 28 U.S.C. § 1961, computed daily and compounded annually.

4. This Corrected Judgment is entered nunc pro tunc as of July 28, 2026 and supersedes the Clerk's Judgment entered at ECF No. 18.

5. The case remains closed.

Dated: August 18, 2026

The Clerk of Court is directed to enter judgment consistent with this Order and to terminate ECF No. 21.

SO ORDERED.

JESSE M. FURMAN
United States District Judge